IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LEWIS KEYS                                                                                    PLAINTIFF

VS.                                                              CIVIL NO. 1:12CV33MPM-DAS

DIRECTV, INC.                                                                                DEFENDANT

ORDER ADOPTING REPORT AND RECOMMENDATION

On consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated November 9, 2012, was on November 13, 2012. The parties were granted until November 27, 2012 in which to file objections to the report and recommendation; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection thereto has been filed by the parties. The court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore,

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated November 9, 2012 is hereby, approved and adopted.

2. That this action should be and it is hereby dismissed without prejudice for failure to prosecute the action and for failure to comply with the orders of the court.

3. This case is CLOSED.

SO ORDERED this the 10th day of December, 2012.

/s/ MICHAEL P. MILLS
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**